IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARESTA K. SANKEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT WILKIE, )<br>)<br>Defendant. ) | CASE NO. 3:19-cv-525-RAH |

**O R D E R**

On August 11, 2022, the Magistrate Judge filed a Recommendation (Doc. 9) that this action be dismissed without prejudice. On August 25, 2022, Plaintiff Sharesta K. Sankey filed an objection (Doc. 10) to the Recommendation.

After careful review and consideration of the Objection, and upon independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 9) is ADOPTED.

2. The Objection (Doc. 10) is OVERRULED.

3. This case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915.

DONE, on this the 8th day of September, 2022.

                                            /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE